STATE OF NEW JERSEY v. JESUS MARTINEZ.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD BOYD.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN DASSINGER.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GENE RICHARDSON.

June 3, 1981.

Petition for certification denied.